JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DENYS TSUGUY,
Plaintiff,
v.
EXPERIAN INFORMATION SOLUTIONS, INC.,
Defendants.

Case No. 8:26-cv-02369-AB-KSx

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **60 days** upon good cause shown if the settlement is not completed.

Dated: November 13, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE